

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2022

No. 04-22-00764-CV

**MED SHIELD AMBULANCE, INC**.,
Appellant

v.

Oscar **CASTANO**,
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 21-05-40016-MCV
Honorable Maribel Flores, Judge Presiding

# O R D E R

Appellant's brief is due to be filed on December 7, 2022. Appellant has been granted one previous extension until January 6, 2023. On December 27, 2022, appellant filed a motion requesting an extension until February 3, 2023. The motion is GRANTED, and appellant is ORDERED to file its brief **no later than February 3, 2023**. Further requests for an extension of time will be disfavored.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court